IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DONNA MORTEL,<br>   *Plaintiff*<br><br>-vs-<br><br>GEORGE NOWICKI, SCOTT MCCLUNG,<br>   *Defendants* | §§§§§§§§§ | SA-25-CV-00817-XR |

**FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and, the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for insufficient service under Federal Rule of Civil Procedure 12(b)(5) and failure to prosecute and failure to comply with a court order under Federal Rule of Civil Procedure 41(b).

Plaintiff's pending motions (ECF Nos. 3, 9, 12, 13, 14, 16, and 17) are **DISMISSED AS MOOT**.

The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

It is so **ORDERED**.

**SIGNED** this 29th day of July, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE